UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY ABRAMS | CIVIL ACTION |
| VERSUS | NO. 24-024 |
| JAMES M. LEBLANC, SECRETARY<br>LA. DEPT. OF CORRECTIONS, ET AL. | SECTION "H"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** plaintiff Timothy Abrams's 42 U.S.C. § 1983 complaint against defendants B.B. "Sixty" Rayburn Correctional Center, Secretary James LeBlanc, Warden Travis W. Day, Deputy Warden Keith Bickham, and "two unknown officers from another institution" is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A frivolous, for lack of jurisdiction, for seeking relief against an immune defendant, and/or for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 2nd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE